IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-CR-2074 |
| | ) | |
| v. | ) | |
| | ) | **UNRESISTED** MOTION TO |
| BILLIE JOE WICKHAM, | ) | CONTINUE INITIAL APPEARANCE |
| a/k/a "BILL," | ) | AND ARRAIGNMENT |
| | ) | |
| Defendant. | ) | |

Defense counsel moves that the initial appearance and arraignment in this case, currently set for November 15, 2021, be continued. In support of this request, defense counsel states that he will be in trial in the Iowa District Court for Cedar County during the week of November 15, 2021, and this long-standing professional obligation will prevent counsel from appearing at the initial appearance and arraignment on the date currently set. The undersigned has conferred with Assistant United States Attorney Timothy Vavricek concerning this matter, and has been authorized to inform the court that the United States does not resist. Having conferred with the court, counsel requests that the initial appearance and arraignment be reset for November 22, 2021 at 3:00 p.m.

WHEREFORE the Defendant moves that the initial appearance and arraignment in this case be reset, as described above.

/s/ Leon F. Spies
LEON F. SPIES
PIN: AT0007456
Attorney for Defendant
312 E. College Street, Suite 216
Iowa City, Iowa 52240
Phone (319) 337-4193
Fax (319) 337-2396
spies@spiespavelich.com

Copies:

Timothy Vavricek (electronically)
Assistant United States Attorney

Billie Joe Wickham (U.S. Mail)
Defendant

```
            NOTICE OF ELECTRONIC FILING

The undersigned certifies that the foregoing
instrument  was  electronically  filed  and
served, through the EDMS system or mail,
upon all parties as they may respectively
appear on the date of filing.

By:  /s/ Leon F. Spies
```