IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 21-CR-2074 |
| Plaintiff, | ) | |
| | ) | **ACCEPTANCE OF SERVICE** |
| vs. | ) | **OF SUMMONS IN A CRIMINAL** |
| | ) | **CASE** |
| BILLIE JOE WICKHAM, | ) | |
| | ) | |
| Defendant. | ) | |

I, Billie Joe Wickham, hereby acknowledge receipt of the attached summons that the Court issued on November 4, 2021, and I accept service of the same and, after consulting with counsel, voluntarily and intentionally waive any and all formal service requirements. I acknowledge that, unless otherwise ordered by the Court, I must appear at Courtroom 4, 4th Floor, United States Federal Courthouse, 111 Seventh Avenue, SE, Cedar Rapids, IA 52401, on November 15, 2021, at 3 p.m. for an initial appearance and arraignment on the pending Indictment, a copy of which I hereby acknowledge that I have received.

______________________________
BILLIE JOE WICKHAM

______________________________
LEON SPIES
ATTORNEY FOR BILLIE JOE WICKHAM