IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-CR-2074 |
| | ) | |
| vs. | ) | |
| | ) | |
| BILLIE JOE WICKHAM, also known as "Bill," and CHARLIE LYNCH, also known as "Charles Lynch," | ) | |
| | ) | |
| Defendants. | ) | |

**LOCAL RULE 7 STATEMENT**

Pursuant to Local Criminal Rule 7, notice is hereby given that the Superseding Indictment filed in this matter varies from the original Indictment as follows:

1. Due to his death on November 15, 2021, Steven Charles Demaray is removed as a defendant. Charlie Lynch is added as a defendant.
2. Counts 3-8 are new.
3. Additional factual allegations are set forth in Paragraph 3, 5, and 6.
4. The time period at issue in Paragraph 4 is expanded.

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By: */s/ Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401
319-363-6333, (Fax) 319-363-1990
Tim.Vavricek@usdoj.gov